AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00409-CFK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **JULIO ALDECOCES CEO LAKEVIEW LOAN SERVICE LLC, et. al.**

was received by me on *(date)* **March 9, 2023 & March 6, 2023**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: **I Mailed Certified Copys by way of the United States Post Office**

My fees are $ **$ 19.92** for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **March 4, 2023**

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:


Case # 23-CV-0409

```
                 PHILADELPHIA
               3000 CHESTNUT ST
            PHILADELPHIA, PA 19104-9998
                  (800)275-8777
03/04/2023                           11:36 AM
------------------------------------------------
Product              Qty    Unit      Price
                            Price
------------------------------------------------
First-Class Mail®     1               $2.46
Large Envelope
    Miami, FL 33146
    Weight: 0 lb 5.60 oz
    Estimated Delivery Date
        Wed 03/08/2023
    Certified Mail®                   $4.15
        Tracking #:
            70192280000021776125
    Return Receipt                    $3.35
        Tracking #:
            9590 9402 5362 9189 3194 60
Total                                 $9.96

First-Class Mail®     1               $2.46
Large Envelope
    Warrington, PA 18976
    Weight: 0 lb 5.60 oz
    Estimated Delivery Date
        Mon 03/06/2023
    Certified Mail®                   $4.15
        Tracking #:
            70192280000021776132
    Return Receipt                    $3.35
        Tracking #:
            9590 9402 5362 9189 3194 77
Total                                 $9.96
------------------------------------------------
Grand Total:                         $19.92
------------------------------------------------
Debit Card Remit                     $19.92
    Card Name: VISA
    Account #: XXXXXXXXXXXX0842
    Approval #: 193369
    Transaction #: 717
    Receipt #: 014033
    Debit Card Purchase: $19.92
    AID: A0000000980840   Contactless
    AL

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
             1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
   Associate can show you how.

          Preview your Mail
          Track your Packages
          Sign up for FREE @
    https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
       Thank you for your business.

        Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.
```



---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Miami, FL 33146

Certified Mail Fee: $4.15

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $ $3.35
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required      $ $0.00

Postmark Here

0104
47

7019 2280 0000 2177 6125

Lakeview Loan Servicing   $7.46   03/04/2023
4425 Ponce de Leon Blvd 5th Floor   $0.96
Coral Gables Fl, 33146

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Warrington, PA 18976

Certified Mail Fee: $4.15

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $ $3.35
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required      $ $0.00

Postmark Here

0104
47

7019 2280 0000 2177 6132

Jessica Manis &
Lake view Loan Servicing
1581 Main Street suite 200
Warrington PA, 18976

03/04/2023

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

2023 MAR 18 PM 4:25
USDC-EDPA REC'D CLERK

# USPS Tracking®

FAQs >

Case # 23-CV-0409

Remove ✕

**Tracking Number:**

**70192280000021776125**

Copy      Add to Informed Delivery
(https://informeddelivery.usps.com/)

USDC-EDPA REC'D CLERK
2023 MAR 18 PM 4:25

## Latest Update

Your item was delivered to an individual at the address at 4:15 pm on March 9, 2023 in MIAMI, FL 33146.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**
MIAMI, FL 33146
March 9, 2023, 4:15 pm

**See All Tracking History**

---

Text & Email Updates                                          ⌄

---

USPS Tracking Plus®                                           ⌄

---

Product Information                                           ⌄

See Less ⌃

---

Track Another Package

# USPS Tracking®

FAQs >

Case# 23-CV-0409

Remove X

USDC-X CLERK
2023 MAR 18 PM 4:25

**Tracking Number:**

## 70192280000021776132

Copy     Add to Informed Delivery
(https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 10:26 am on March 6, 2023 in WARRINGTON, PA 18976.

Feedback

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**

WARRINGTON, PA 18976
March 6, 2023, 10:26 am

See All Tracking History

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ⌃

---

Track Another Package

23-CV-0409

U.S.M.S. X-RAY