USDC-EDPA REC'D CLERK
2023 APR 24 PM 3:21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

REC'D APR 24

Civil Action No.  23-cv-00409-CFK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JULIO ALDECOCES CEO LAKEVIEW LOAN SERVICE LLC, et. al.

was received by me on *(date)* April 21, 2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* JULIO ALDECOCES CEO, LAKEVIEW LOAN SERVICE LLC, et. al., who is designated by law to accept service of process on behalf of *(name of organization)* Florfa Capital Couriers & RAPID DELIVERY SERVICE on *(date)* April 21, 2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 165.000 .

I declare under penalty of perjury that this information is true.

Date: April 21, 2023

*Server's signature*

-Solomon: Miller
Authorized Representative

5357 Belfrictees Ave Philadelphia PA 19144
*Server's address*

Additional information regarding attempted service, etc:



**FIRST IN SAME DAY DELIVERY**

# RETURN OF SERVICE

On the __21st__ day of __APRIL__, 20__23__,
I, __CAMERON KELLY__, served with the foregoing __COMPLAINT__ by
(describe method of service):

SERVING JANET BUTLER (RECEPTIONIST) 5'6" CAUCASIAN, BLONDE HAIR, BLUE EYES 220lbs ON BEHALF OF KML LAW GROUP, 701 MARKET SUITE 5000 PHILA, PA 19106

I certify that the statements in this return of service are true and correct. I understand that false statements herein are made subject to penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

__4/21/23__
*Date*

*Signature*

__KML LAW GROUP, P.C.__
*Name of Person Served*

Commonwealth of Pennsylvania - Notary Seal
STEVEN ORTIZ-MORALES - Notary Public
Philadelphia County
My Commission Expires October 27, 2024
Commission Number 1355645