IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ESTATE OF MILLER,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **JULIO ALDECOCEA** | : | |
| **CEO Lakeview Loan Servicing LLC,** | : | |
| *Defendant.* | : | NO. 23-cv-00409 |

**O R D E R**

**AND NOW,** this **13th** day of **July 2023**, after review of the docket, in particular this Court's February 13, 2023 Order (ECF No. 4[1]), it is hereby **ORDERED** that the Clerk of Court shall amend the caption as follows:

SOLOMON MILLER

v.

JULIO ALDECOCEA
CEO LAKEVIEW LOAN SERVICING LLC

The address for Solomon Miller, Pro Se is: 5357 Belfield Avenue, Philadelphia, PA 19144.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] On February 13, 2023, this Court issued an order: (1) denying with prejudice the Motion for Leave to Proceed *In Forma Pauperis* to the extent the Motion was filed on behalf of the Estate of Miller as only a natural person may qualify for treatment *in forma pauperis* under 28 U.S.C. § 1915; and (2) denying without prejudice the Motion for Leave to Proceed *In Forma Pauperis* to allow Solomon Marcellus to file an amended motion for leave to proceed *in forma pauperis* on his own behalf. ECF No. 4. The Order also indicated that if Plaintiff is raising claims in his own capacity, he may proceed on his own behalf by either remitting $402 or filing a motion for leave to proceed in forma pauperis on his own behalf. The filing fee of $402, receipt number 20007053, was received by the Court on February 27, 2023 by Solomon Miller. ECF No. 6. Accordingly, this Court will amend the Plaintiff's name in the case name to Solomon Miller.