IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SOLOMON MILLER,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JULIO ALDECOCEA CEO** | : | |
| **LAKEVIEW LOAN SERVICING LLC,** | : | |
| *Defendant.* | : | **NO. 23-cv-00409** |

## ORDER

**AND NOW**, this **13th** day of **July 2023**, upon consideration of Defendant Julio Aldecocea CEO Lakeview Loan Servicing LLC's Motion to Dismiss (ECF No. 15), it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 15) is **GRANTED**. It is **FURTHER ORDERED** that the Amended Complaint (ECF No. 8) will be **DISMISSED without prejudice**.

The Clerk of the Court is hereby **ORDERED** to close the case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, J.**

1