Official Form 417A (12/18)

2023 JUL 28 PM 2:07
USDC-EDPA REC'D CLERK

[Caption as in Form 416A, 416B, or 416D, as appropriate]

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): **ESTATE OF MILLER**

   REC'D JUL 28

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☒ Plaintiff
   ☐ Defendant
   ☐ Other (describe) **23-CV-00409**

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: _____
2. State the date on which the judgment, order, or decree was entered: **07/13/2023**

   Received **07/17/2023**

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **1**   Attorney: **Solomon-Marcellus: Miller, beneficiary**
   **5357 Belfield Avenue**
   **Philadelphia**
   **Pennsylvania 19144**
   **Authorized Representative**

2. Party: **2**   Attorney: **KML LAW GROUP P.C.**
   **P.O. BOX 500980**
   **SAN DIEGO, CA. 92150-0980**

Official Form 417A     Notice of Appeal and Statement of Election     page 1



2023 JUL 28 PM 2:07
USDC-EDPA REC'D CLERK

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_Solomon Miller_                                                                 Date: _7/20/2023_
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
_Solomon M. Miller_
_5357 Belfield Avenue_
_Philadelphia, Pennsylvania 19144_
_Phone # 267-226-4783_

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]