# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2370

Solomon Miller v. Julio Aldecocea

(U.S. District Court No.: 2-23-cv-00409)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 06, 2023
JK/cc: Michael T. McKeever, Esq.
Solomon Marcellus Miller,
Mr. George V. Wylesol,

A True Copy:

Patricia A. Dodszuweit

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate